Nos. 68 and 69. JULIO AYBAR, APPELLANT, v. THE PEOPLE OF PORTO RICO. Appeals from the Supreme Court of Porto Rico. Argued December 7, 1910. Decided December 12, 1910. Per Curiam: As jurisdiction in this court does not appear from the records in these cases, the appeal in each case is dismissed for want of jurisdiction. Mr. Jackson H. Ralston, Mr. F. L. Siddons and Mr. Wil-

liam E. Richardson for appellant. Mr. Paul Charlton and Mr. Foster V. Brown for appellees.